

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00224-CV

**TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES**
dba San Antonio State Supported Living Center,
Appellant

v.

Adrian **COMER**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI12399
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we reverse the trial court's order and dismiss Appellee Adrian Comer's suit against Appellant Texas Department of Aging and Disability Services for want of jurisdiction. We tax costs of this appeal against Appellee Adrian Comer.

SIGNED January 24, 2018.

_____
Patricia O. Alvarez, Justice